

# THE ATTORNEY GENERAL
## OF TEXAS

**CRAWFORD C. MARTIN**
**ATTORNEY GENERAL**

AUSTIN, TEXAS 78711

August 3 , 1970

Honorable Jamie C. Boyd
District Attorney
34th Judicial District
4th Floor, City-County Building
El Paso, Texas   79901

Opinion No. M- 662

Re:  Interpretation of Section
2(o), Article 2328b-4,
Revised Civil Statutes of
Texas, as amended.

Dear Mr. Boyd:

You have requested an opinion of this office as follows:

"Is the District Attorney of the 34th Judicial
District, who is not a criminal district attor-
ney, empowered to act as a prosecuting attorney
under Section 2(o), Article 2328b-4, Revised
Civil Statutes of Texas, as amended, commonly
referred to as the Uniform Reciprocal Enforce-
ment of Support Act."

Section 2(o) of Article 2328b-4, as amended in 1969 (Acts
61st Leg., R.S., Ch. 553, p. 1698) reads as follows:

"'Prosecuting attorney' means the criminal
district attorney or county attorney, or the
district attorney where there is no criminal
district attorney or county attorney."

It is the opinion of this office that the above Section
quoted is quite unambiguous and clear.  The responsibility
of the district attorney to act as a prosecuting attorney in
the enforcement of the Uniform Reciprocal Enforcement of Sup-
port Act, Article 2328b-4, arises only where there is neither
a criminal district attorney nor a county attorney.

-3164-

You state that the district attorney of the 34th Judicial District, comprising the counties of El Paso, Culberson and Hudspeth, is not a criminal district attorney, and that each county in the district has its own separate county attorney. Consequently, as a district attorney in a district where each county has its own separate county attorney, you are not designated in the statute as a "prosecuting attorney." The statute is clear that the county attorney should act in such matters as a prosecuting attorney where a county attorney exists.

## S U M M A R Y

A district attorney in a district where each county has its own separate county attorney is not designated by Section 2(o), Article 2328b-4, Revised Civil Statutes of Texas, as amended, as a "prosecuting attorney." The county attorney should act in such matters where a county attorney exists.

Yours very truly,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by Bennie W. Bock, II
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Co-Chairman

Charles Parrett
James Quick
Sam Jones
Bob Lattimore

Honorable Jamie C. Boyd, Page 3, (M- 662 )


MEADE F. GRIFFIN
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant Attorney General